UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IMPERIAL SUGAR COMPANY, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | CIVIL ACTION H-10-3596 |
| | § | |
| XL INSURANCE AMERICA, INC., | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

The joint stipulation of voluntary dismissal without prejudice (Dkt. 32) is GRANTED. It is therefore ORDERED that this case is DISMISSED without prejudice. Each party shall bear their own attorneys' fees and costs.

Signed at Houston, Texas on September 19, 2011.

_____
Gray H. Miller
United States District Judge